IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ARRIVALSTAR S.A. and MELVINO TECHNOLOGIES LIMITED,<br><br>    Plaintiffs,<br><br>vs.<br><br>GLOBAL FLEET MANAGEMENT INC.<br><br>    Defendant. | Case No.: 1:13-cv-3691<br><br>DEMAND FOR JURY TRIAL |

## COMPLAINT FOR PATENT INFRINGEMENT

Plaintiffs ArrivalStar S.A. and Melvino Technologies Limited (collectively, "ArrivalStar" or "Plaintiffs"), by and through their undersigned attorneys, for their complaint against defendant Global Fleet Management Inc.("GFM") (GFM is referred to herein as "Defendant") hereby allege as follows:

### NATURE OF LAWSUIT

1. This action involves claims for patent infringement arising under the patent laws of the United States, Title 35 of the United States Code. This Court has exclusive jurisdiction over the subject matter of the Complaint under 28 U.S.C. § 1338(a).

### THE PARTIES

2. ArrivalStar S.A. is a corporation organized under the laws of Luxembourg and having offices at 67 Rue Michel, Welter L-2730, Luxembourg.

3. Melvino Technologies Limited is a corporation organized under the laws of the British Virgin Island of Tortola, having offices at P.O. Box 3152, RG Hodge Building, Road Town, Tortola, British Virgin Islands.

4. ArrivalStar owns all right, title and interest in, and has standing to sue for infringement of United States Patent No. 6,278,936 ("the '936 patent"), entitled "System and method for an advance notification system for monitoring and reporting proximity of a vehicle," issued August 21, 2011. A copy of the '936 patent is annexed hereto as Exhibit A.

5. ArrivalStar owns all right, title and interest in, and has standing to sue for infringement of United States Patent No. 6,714,859 ("the '859 patent"), entitled "System and method for an advance notification system for monitoring and reporting proximity of a vehicle," issued March 30, 2004. A copy of the '859 patent is annexed hereto as Exhibit B.

6. ArrivalStar owns all right, title and interest in, and has standing to sue for infringement of United States Patent No. 6,952,645 ("the '645 patent"), entitled "System and method for activation of an advance notification system for monitoring and reporting status of vehicle travel," issued October 4, 2005. A copy of the '645 patent is annexed hereto as Exhibit C.

7. Defendant GFM is a British Columbia Corporation with a place of business at West 7th Avenue, Unit 301, Vancouver, British Columbia, Canada V5Y 1L4. GFM transacts business and has, at a minimum, offered to provide and/or provided in this judicial district and throughout the State of Illinois systems and services that infringe claims of the '936, '859, and '645 patents.

8. Venue is proper in this District under 28 U.S.C. §§ 1391 and 1400(b).

**DEFENDANT GFM'S ACTS OF PATENT INFRINGEMENT**

9. Defendant Star Sensor Technology has infringed claims of the '936, '859, and '645 patents through, among other activities, the use and sale of GFM's PosiTrace vehicle tracking system.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs ask this Court to enter judgment against the Defendant, and against their subsidiaries, affiliates, agents, servants, employees and all persons in active concert or participation with them, granting the following relief:

A. An award of damages adequate to compensate ArrivalStar for the infringement that has occurred, together with prejudgment interest from the date that Defendant's infringement of the ArrivalStar patents began;

B. Increased damages as permitted under 35 U.S.C. § 284;

C. A finding that this case is exceptional and an award to ArrivalStar of its attorneys' fees and costs as provided by 35 U.S.C. § 285;

D. Such other and further relief as this Court or a jury may deem proper and just.

## JURY DEMAND

ArrivalStar demands a trial by jury on all issues presented in this Complaint.

Dated: May 17, 2013

Respectfully submitted,

/s/ Anthony E. Dowell
Anthony E. Dowell
aedowell@taftlaw.com
TAFT STETTINIUS & HOLLISTER LLP
One Indiana Square, Suite 3500
Indianapolis, IN 46204
(317) 713-3500
(317) 713-3699 (fax)

**ATTORNEY FOR PLAINTIFFS**